The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

TINA SZEGEDI,

    Plaintiff,

v.

WALMART INC, a Delaware Corporation, WAL-MART TRANSPORTATION, LLC, a Delaware Corporation, and JOHN DOES 1-5, Washington Corporations,

    Defendants.

NO. 3:22-cv-05294-BHS

STIPULATED MOTION AND ORDER FOR CONTINUANCE OF TRIAL DATE

## I.    STIPULATED MOTION

The parties, by and through their respective counsel, agree and stipulate for a trial continuance pursuant to Fed. R. Civ. P. Rule 6 and LCR 10(g) to October 9, 2023, or to a date soon thereafter that is convenient on the Court's calendar, and to amend the case scheduling order accordingly. The parties respectfully ask the Court for this brief continuance based on the facts below.

1.    A jury trial is scheduled to begin on May 9, 2023, with a discovery cutoff deadline of January 9, 2023. Plaintiff's medical providers have now recommended a cervical surgery that has been delayed, the surgery will require additional recuperation. In order for the parties to complete the necessary discovery and in order to allow plaintiff to heal, the parties agree that a continuance is necessary.

STIPULATED MOTION AND
ORDER FOR CONTINUANCE OF TRIAL DATE - 1
#5258935 v1 / 75134-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

2. Furthermore, additional time will allow the parties to engage in meaningful alternative dispute resolution through mediation.

3. This is the first requested trial continuance in this matter, and this should be the only continuance requested.

4. The parties agree that a new Case Schedule should be issued.

For the above reasons, the parties respectfully ask the Court to grant their stipulated request for a trial continuance to October 9, 2023, or to a date soon thereafter that is convenient on the Court's calendar, and respectfully ask the Court to amend the case schedule accordingly.

DATED this 25th day of October, 2022.

KARR TUTTLE CAMPBELL

/s/*William H.P. Fuld*
William H.P. Fuld, WSBA #40735
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email:  wfuld@karrtuttle.com
*Attorneys for Plaintiff*

WILLIAMS KASTNER & GIBBS PLLC

/s/*Eddy Silverman*
Eddy Silverman, WSBA #53494
Gabrielle Lindquist, WSBA #57177
Rodney L. Umberger, WSBA #24948
Two Union Square
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: 206-628-6600
Fax: 206-628-6611
Email: glindquist@williamskastner.com
         rumberger@williamskastner.com
         esilverman@williamskastner.com
*Attorneys for Defendant.*

STIPULATED MOTION AND
ORDER FOR CONTINUANCE OF TRIAL DATE - 2
#5258935 v1 / 75134-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## II. ORDER

THIS MATTER having come on for hearing before the undersigned Judge of the above-captioned Court upon the parties' foregoing Stipulated Motion for Continuance of Trial Date, Dkt. 14, and the Court being otherwise fully advised in the premises, it is now therefore

ORDERED that the trial date in this matter is continued to October 10, 2023; and

IT IS FURTHER ORDERED that the Clerk shall issue a new case schedule in accordance with the new trial date.

DONE this 28th day of October, 2022.

BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND
ORDER FOR CONTINUANCE OF TRIAL DATE - 3
#5258935 v1 / 75134-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100