Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TINA SZEGEDI,<br><br>       Plaintiff,<br><br>   v.<br><br>WALMART INC, a Delaware Corporation, WAL-MART TRANSPORTATION, LLC, a Delaware Corporation, and JOHN DOES 1-5, Washington Corporations,<br><br>       Defendants. | NO. 3:22-cv-05294<br><br>STIPULATION AND AGREED ORDER OF DISMISSAL |

## **STIPULATION**

Parties TINA SZEGEDI and Defendants WALMART INC., WAL-MART TRANSPORTATION, LLC, and JOHN DOES 1-5 by and through their respective attorneys of record, hereby stipulate and agree that all claims against Defendants WALMART INC., WAL-MART TRANSPORTATION, LLC, and JOHN DOES 1-5 may be dismissed in their entirety, with prejudice, and without costs and/or attorney fees to any party.

///

///

///

///

///

DATED this 26th day of May 2023.

STIPULATION AND ORDER OF DISMISSAL - 1
3:22-cv-05294

| | |
|---|---|
| KARR TUTTLE CAMPBELL | WILLIAMS, KASTNER & GIBBS PLLC |
| */s/ William H.P. Fuld* | */s/Eddy Silverman* |
| William H.P. Fuld, WSBA # 40735 | Rodney L. Umberger, WSBA No. 24948 |
| 701 5th Ave., Ste. 3300 | Eddy Silverman, WSBA No. 53494 |
| Seattle, WA 98104-7055 | 601 Union Street, Suite 4100 |
| Phone: (206) 224-8079 | Seattle, WA 98101-2380 |
| Email: wfuld@karrtuttle.com | Phone:  206.628.6600 |
| | Fax:     206.628.6611 |
| | Email:  rumberger@williamskastner.com |
| | esilverman@williamskastner.com |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant Walmart Inc.*** |

STIPULATION AND ORDER OF DISMISSAL - 2
3:22-cv-05294

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of a stipulated motion by Plaintiff TINA SZEGEDI and Defendants WALMART INC., WAL-MART TRANSPORTATION, LLC, and JOHN DOES 1-5 to dismiss all claims against WALMART INC. with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised, it is now ORDERED as follows:

All claims against Defendants WALMART INC., WAL-MART TRANSPORTATION, LLC, and JOHN DOES 1-5 are hereby dismissed with prejudice and without costs and/or attorney fees as to any party.

IT IS SO ORDERED BY THE COURT

DATED this 30th day of May, 2023

_____
Jamal N. Whitehead
United States District Judge

Presented by:

| KARR TUTTLE CAMPBELL | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| */s/ William H.P. Fuld* | */s/Eddy Silverman* |
| William H.P. Fuld, WSBA # 40735 | Eddy Silverman, WSBA No. 53494 |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant Walmart Inc.*** |

STIPULATION AND ORDER OF DISMISSAL - 3
3:22-cv-05294